UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| Case No. | CV 15-5721 DSF (SSx) | Date | 8/6/15 |
|---|---|---|---|
| Title | Starr Indemnity & Liability Co. v. Travelers Property Casualty Co. of America, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order DISMISSING Case for Lack of Subject Matter Jurisdiction

This case was filed in this Court on July 29, 2015 based on diversity jurisdiction. However, the face of the complaint shows that both Plaintiff Starr Indemnity & Liability Company and Defendant National Union Fire Insurance Company of Pittsburgh, PA are citizens of New York.  (Compl. ¶¶ 5, 8.)  Therefore, complete diversity does not exist. The case is DISMISSED for lack of subject matter jurisdiction.

IT IS SO ORDERED.