JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARR INDEMNITY & LIABILITY CO., <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS PROPERTY CASUALTY CO. OF AMERICA, et al. <br><br> Defendants. | Case No.: CV 15-5721 DSF (SSx) <br><br><br> JUDGMENT |

The Court having ordered that the case be dismissed for lack of subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing and that the action be dismissed without prejudice.

Dated: 8/6/15

_____
Dale S. Fischer
United States District Judge